# United States District Court
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000.00 Fine |
| | NLT 3 Years Supervised Release |
| SHAIN D. SOHL | $100 Mandatory Special Assessment |
| [DOB: 02/15/1979] | Class C Felony |

### CRIMINAL COMPLAINT

**Case Number: 14-00124-JTM-01**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about July 21, 2014, in the Western District of Missouri, defendant SHAIN D. SOHL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: Mossberg 12 gauge shotgun, Serial# T527942, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Detective of the Kansas City Missouri Police Department and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_____
Owen Farris, Detective
Kansas City Missouri Police Department

Sworn to before me and subscribed in my presence,

July 22, 2014     at     Kansas City, Missouri
Date                                     City and State

JOHN T. MAUGHMER
United States Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer