# AFFIDAVIT

STATE OF MISSOURI )
                              ) ss
COUNTY OF JACKSON )

I, Owen Farris, the undersigned affiant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

1. I am a Detective with the Kansas City, Missouri Police Department (KCMOPD) and have been so employed for 21 years. I have been assigned to the KCMOPD Street Crimes Unit for 13 years. During my tenure, I have been involved in numerous investigations of individuals for importing and distributing controlled substances and possessing and trafficking illegal firearms. I have communicated extensively with other state and federal law enforcement personnel who specialize in narcotics and firearms investigations. For the past four years I have been assigned to the Illegal Firearm Squad, a joint KCMOPD and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force in Kansas City, and hold a Special Deputation Appointment under the authority of the United States Department of Justice and the United States Marshals Service. I have extensive experience interviewing defendants, participating witnesses, informants, and other persons with personal experience and knowledge of narcotics and illegal firearms trafficking.

2. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact, or matter observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the investigation.

3. On July 21, 2014, at 9:57 a.m., Patrol Officer Brownell and MPO (Master Patrol Officer) Evans were on patrol in the area of Ranson Road and 50 Hwy in Lee's Summit, Jackson County, Missouri, and observed a green Ford Explorer 4MF-918 MO, commit several traffic violations such as failing to yield to oncoming traffic, failing to use turn signals, and the driver not wearing a seatbelt.

4. The officers conducted a traffic violation at the intersection of South East Oldham Pkwy and South East Century Dr. The driver was identified by his Missouri driver's license as SHAIN D. SOHL, W/M, DOB: 02/15/1979. SOHL told the officers that he just purchased the car and he did not have any insurance.

5. P.O. Brownell checked SOHL's name through the computer to check for wants and warrants, which responded with an active stop order issued out of Jackson County on July 17, 2014, and was noted as SOHL being armed and dangerous.

6. The officers told SOHL to exit the vehicle so they could place him under arrest for the active stop order. As the officers attempted to place handcuffs on SOHL he turned away from the officers and attempted to flee on foot. The officers had to use several defensive tactics to restrain SOHL and to take him into custody.

7. The officers searched SOHL prior to transporting him and located two grams of a crystal substance in SOHL's right front pants coin pocket, that field tested positive for the presence of Methamphetamine.

8. An inventory search of SOHL's green Ford Explore prior to towing revealed a blue and black duffle bag on the front passenger seat that contained a loaded Mossberg shotgun, Serial# T527942. The shotgun had one live round in the chamber and five live rounds in the magazine tube. There were an additional (46) forty-six live 12 gauge rounds in the bag as well.

9. TFO Farris conducted a criminal history check which showed SOHL to be a convicted felon out of Pettis County on Case# 18RO6960213701 for Possession of a Controlled substance class C Felony.

10. TFO Farris contacted ATF Special Agent Mallory who is a trained interstate nexus specialist who stated that the recovered Mossberg 12 gauge shotgun, Serial# T527942 was not manufactured in the state of Missouri, thus affecting interstate and/or foreign commerce.

11. Based upon the aforementioned information and oval investigation, the affiant believes that there is probable cause to believe that SHAIN SOHL violated the following federal law:

**Title 18, United States Code, Section 922(g)(1)**—*It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affection commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.*

FURTHER AFFIANT SAYETH NAUGHT.

_____
Owen Farris, Detective
Kansas City Missouri Police Department

Subscribed and sworn to before me this 22nd day of July 2014.

_____
John T. Maughmer
United States Magistrate Judge

3

Case 4:14-cr-00215-DGK   Document 1-1   Filed 07/22/14   Page 3 of 3