IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>SHAIN D. SOHL,<br>[DOB: 02/15/1979]<br><br>                  Defendant. | Case No._____<br><br>**COUNT ONE, TWO AND THREE**:<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT Ten Years Imprisonment<br>NMT $250,000 Fine<br>NMT Three Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each Count |
|---|---|

# **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

## **COUNT ONE**

On or about February 25, 2014, in the Western District of Missouri, defendant SHAIN D. SOHL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Berretta .40 caliber pistol, Serial Number PY24309, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## **COUNT TWO**

On or about May 28, 2014, in the Western District of Missouri, defendant SHAIN D. SOHL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Ruger .38 caliber revolver, Serial Number 540-23501, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about July 21, 2014, in the Western District of Missouri, defendant SHAIN D. SOHL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Mossberg 12 gauge shotgun, Serial Number T527942, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

| | |
|---|---|
|     7/30/14 |     /s/ Thomas J. Rousey |
| DATE | FOREPERSON OF THE GRAND JURY |

    /s/ Bruce E. Clark
Bruce E. Clark, #31443
Assistant United States Attorney
Narcotics and Violent Crimes Unit
Western District of Missouri