# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name    Shain D. Sohl
Alias Name
Birthdate    02/15/1979

**Related Case Information**
Superseding Indictment/Information   ☐ Yes  ☑ No  if yes, original case number _____
New Defendant   ☐ Yes  ☐ No
Prior Complaint Case Number, if any  14-0124-JTM-01

**U.S. Attorney Information**
AUSA  Bruce E. Clark

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
☑ No

**Location Status**
Arrest Date   07/21/2014
☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required        ☐ Yes  ☑ No
Warrant Required     ☐ Yes  ☑ No

**U.S.C. Citations**
Total # of Counts    3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in possession of a firearm | 1-3 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date  7/30/14         Signature of AUSA   /s/ Bruce E. Clark